# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00048-CV

**Millennium Interests, Ltd. and Sunbelt Estates, L.L.C., Appellants**

**v.**

**Maurilio Serrato Hernandez, Appellee**

---

### FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### NO. 423-8902, THE HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on February 27, 2023. On April 10, 2023, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by April 20, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

J. Woodfin Jones, Justice

Before Justices Baker, Smith, and Jones[*]

Dismissed for Want of Prosecution

Filed:   May 10, 2023

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).